|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |  |
| ROBERTSON, ANSCHUTZ & SCHNEID, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Attorneys for Secured Creditor<br>**PNC Bank NA**<br><br>Sindi Mncina (237862017) | Case No.: 12-12030-ABA<br><br>Chapter 13<br><br>Judge: Andrew B. Altenburg Jr.<br><br>**Order Filed on May 7, 2019**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| **In Re:**<br><br>Mark A Ware, Sr<br>aka Mark A Ware,<br><br>and,<br><br>Danyel Ware<br>aka Danyel Swan<br>aka Danyel S Ware,<br><br>Debtors. |  |

### ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: May 7, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**

Debtors: Mark A Ware, Sr and Danyel Ware
Case No.: 12-12030-ABA
Caption of Order: **Order Directing Redaction of Personal Information**

_____

The court having reviewed the Application Requesting Redaction of Personal Information filed

in this case by PNC Bank NA, and regarding the following documents:

1. Proof of claim, filed on March 2, 2012, as Claim 1-1 on the Claims Register.

ORDERED that the above document(s) be immediately restricted from view on the Court's

public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document

must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day

after its entry.