| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| ROBERTSON, ANSCHUTZ & SCHNEID, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Attorneys for Secured Creditor<br>**PNC Bank NA**<br><br>Sindi Mncina (237862017) | Case No.: 12-12030-ABA<br><br>Chapter 13<br><br>Judge: Andrew B. Altenburg Jr.<br><br>**Order Filed on May 7, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| **In Re:**<br><br>Mark A Ware, Sr<br>aka Mark A Ware,<br><br>and,<br><br>Danyel Ware<br>aka Danyel Swan<br>aka Danyel S Ware,<br><br>Debtors. | |

## ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: May 7, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**

Debtors: Mark A Ware, Sr and Danyel Ware
Case No.: 12-12030-ABA
Caption of Order: **Order Directing Redaction of Personal Information**

_____

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by PNC Bank NA, and regarding the following documents:

1. Proof of claim, filed on March 2, 2012, as Claim 1-1 on the Claims Register.

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

United States Bankruptcy Court
District of New Jersey

In re:
Mark A Ware, Sr
Danyel Ware
    Debtors

Case No. 12-12030-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1　　　User: admin　　　Page 1 of 1　　　Date Rcvd: May 08, 2019
　　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2019.
db/jdb　　　+Mark A Ware, Sr,　Danyel Ware,　404 Shadeland Road,　Egg Harbor Township, NJ 08234-6736

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2019 at the address(es) listed below:
     Angela Catherine Pattison　on behalf of Creditor　Wells Fargo Bank, N.A.
      angela.pattison@powerskirn.com, ecf@powerskirn.com
     Denise E. Carlon　on behalf of Creditor　Wells Fargo Bank, N.A.
      bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
     Francis P. Cullari　on behalf of Debtor Mark A Ware, Sr cullari@comcast.net
     Francis P. Cullari　on behalf of Joint Debtor Danyel　Ware cullari@comcast.net
     Isabel C. Balboa　ecfmail@standingtrustee.com, summarymail@standingtrustee.com
     Isabel C. Balboa　on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
     Karina　Velter　on behalf of Creditor　PNC Bank Velter.karina@gmail.com
     Sindi　Mncina　on behalf of Creditor　PNC Bank smncina@rascrane.com
                                                           TOTAL: 8